# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2014

### NO. 03-13-00545-CV

**Sajjad Hussain, Appellant**

**v.**

**Tariq "Sam" Majeed and Muhammad Naeem d/b/a Corner Quick Stop, Appellees**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on May 22, 2013. Having reviewed the record, the Court holds that Sajjad Hussain has not prosecuted his appeal and did not comply with a notice from the clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.